**FILED**

JUN - 5 2008

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HAGOS BESRAT, )<br>)<br>Plaintiff, )<br>)<br>v. )   Civil Action No. 08 0960<br>)<br>SILVER CAB COMPANY, )<br>)<br>Defendant. ) | |

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint refers to claims arising from a personal injury, denial of workers' compensation, and denial of medical insurance, none of which are claims that arise under the Constitution or the laws or treaties of the United States. A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and is between citizens of different states. *See* 28 C.F.R. §1332(a). But here it appears that both parties are citizens of the District of Columbia, and the plaintiff does not identify an amount in controversy. Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: 5/9/08

_____
United States District Judge