**FILED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUN - 5 2008

Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| HAGOS BESRAT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SILVER CAB COMPANY, )<br>)<br>Defendant. ) | Civil Action No. 08 0960 |

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: 5/9/08

Paul L. Friedman
United States District Judge